IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Toranzo, Joseph L | Case Number: 04 B 30839 |
|---|---|---|
|  | Toranzo, Janice M | Judge: Goldgar, A. Benjamin |
|  | Printed: 5/27/08 | Filed: 8/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: April 25, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 62,924.70 |  |
| Secured: |  | 24,267.86 |
| Unsecured: |  | 34,885.42 |
| Priority: |  | 455.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 3,301.16 |
| Other Funds: |  | 15.26 |
| Totals: | 62,924.70 | 62,924.70 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | First Midwest Bank | Secured | 0.00 | 0.00 |
| 2. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 3. | LaSalle Bank NA | Secured | 19,165.15 | 17,465.37 |
| 4. | Capital One Auto Finance | Secured | 6,802.49 | 6,802.49 |
| 5. | Capital One Auto Finance | Priority | 455.00 | 455.00 |
| 6. | World Financial Network Nat'l | Unsecured | 171.43 | 171.43 |
| 7. | World Financial Network Nat'l | Unsecured | 694.07 | 694.07 |
| 8. | World Financial Network Nat'l | Unsecured | 1,071.02 | 1,071.02 |
| 9. | Tri Cap Investment Partners | Unsecured | 4,831.26 | 4,831.26 |
| 10. | Circle One Financial | Unsecured | 275.39 | 275.39 |
| 11. | Charming Shoppes-Fashion Bug | Unsecured | 251.36 | 251.36 |
| 12. | Capital One Auto Finance | Unsecured | 4,848.50 | 4,848.50 |
| 13. | Tri Cap Investment Partners | Unsecured | 96.17 | 96.17 |
| 14. | Portfolio Recovery Associates | Unsecured | 1,059.86 | 1,059.86 |
| 15. | Tri Cap Investment Partners | Unsecured | 317.10 | 317.10 |
| 16. | Tri Cap Investment Partners | Unsecured | 559.03 | 559.03 |
| 17. | Tri Cap Investment Partners | Unsecured | 2,582.22 | 2,582.22 |
| 18. | Tri Cap Investment Partners | Unsecured | 3,477.07 | 3,477.07 |
| 19. | World Financial Network Nat'l | Unsecured | 466.36 | 466.36 |
| 20. | Capital One | Unsecured | 1,544.94 | 0.00 |
| 21. | Capital One | Unsecured | 819.22 | 0.00 |
| 22. | Max Recovery Inc | Unsecured | 411.83 | 411.83 |
| 23. | RoundUp Funding LLC | Unsecured | 2,398.33 | 2,398.33 |
| 24. | Max Flow Corporation | Unsecured | 2,994.13 | 2,994.13 |
| 25. | Max Recovery Inc | Unsecured | 2,970.97 | 2,970.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Toranzo, Joseph L | Case Number: 04 B 30839 |
|---|---|---|
| | Toranzo, Janice M | Judge: Goldgar, A. Benjamin |
| | Printed: 5/27/08 | Filed: 8/19/04 |

| | | | | |
|---|---|---|---:|---:|
| 26. | B-Line LLC | Unsecured | 1,286.15 | 1,286.15 |
| 27. | Max Recovery Inc | Unsecured | 690.43 | 690.43 |
| 28. | ECast Settlement Corp | Unsecured | 1,127.85 | 1,127.85 |
| 29. | B-Line LLC | Unsecured | 1,079.31 | 1,079.31 |
| 30. | Nordstrom | Unsecured | 904.55 | 904.55 |
| 31. | Capital One | Unsecured | 1,226.09 | 0.00 |
| 32. | Capital One | Unsecured | 1,367.27 | 0.00 |
| 33. | ECast Settlement Corp | Unsecured | 321.03 | 321.03 |
| 34. | Capital One | Unsecured | 782.93 | 0.00 |
| 35. | Capital One | Unsecured | | No Claim Filed |
| 36. | Associates National Bank | Unsecured | | No Claim Filed |
| 37. | Bravo Reserve Line | Unsecured | | No Claim Filed |
| 38. | Beneficial National Bank | Unsecured | | No Claim Filed |
| 39. | Jewelers National Bank | Unsecured | | No Claim Filed |
| 40. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 41. | First Chicago Bank | Unsecured | | No Claim Filed |
| 42. | Home Depot | Unsecured | | No Claim Filed |
| 43. | ER Solutions | Unsecured | | No Claim Filed |
| 44. | Hanover House Industries | Unsecured | | No Claim Filed |
| 45. | Lerner | Unsecured | | No Claim Filed |
| 46. | Orchard Bank | Unsecured | | No Claim Filed |
| 47. | Retailers National Bank | Unsecured | | No Claim Filed |
| 48. | Retailers National Bank | Unsecured | | No Claim Filed |
| 49. | Beneficial National Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 67,048.51 | $ 59,608.28 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 140.47 |
| 4% | 213.83 |
| 3% | 36.00 |
| 5.5% | 635.64 |
| 4.8% | 220.94 |
| 5.4% | 2,054.28 |
| | _____ |
| | $ 3,301.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

